Thomas Kavanaugh
Reg. No. 17078-038
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

United States District Court
Office of the Clerk
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

6 June 2005

Re:  Kavanaugh vs. United States of America
Case # 1: 05-CV-10526 RCL

Dear Sir or Madam:

    I write today requesting information regarding the status of my 2255 motion filed on or about 21 March 2005.

    Thank you for your time and consideration in answering this query.

Respectfully,

Thomas Kavanaugh

cc: file