UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**THOMAS M. KAVANAUGH**

**V.**                                                     **CIVIL ACTION NO. 05-10526-RCL**

**UNITED STATES OF AMERICA**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Memorandum and Order of November 22, 2005, Judgment is hereby entered as follows: Judgment for the defendant, United States of America dismissing this action.

November 23, 2005                                    /s/ Lisa M. Hourihan
                                                                  Deputy Clerk